**Edward HALAS, petitioner, v.
DEPARTMENT OF ENERGY.
No. 91–282.**

Supreme Court of the United States.

Nov. 4, 1991.   Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit before judgment denied.